ACCEPTED
04-15-00114-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/16/2015 10:39:25 AM
KEITH HOTTLE
CLERK

**From,**

Hari Prasad Kalakonda
Latha Kalakonda
5002, Newcastle Ln,
San Antonio, Texas – 78249
Tel: 210 687 4988
email: smfoodmart@yahoo.com

Date: June 16, 2015

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
6/16/2015 10:39:25 AM
KEITH E. HOTTLE
Clerk

**To**

Mr. Keith E. Hottle
Clerk of Fourth Court of Appeals
Cadena-Reeves Justice Center
300, Dolorosa, Ste. 3200
San Antonio, TX - 78205

Ref:  Cause No: 04-15-00114-CV, *Hari Prasad Kalakonda and Latha Kalakonda v. Aspri Investments.-* Request for a copy of District court's clerk record.

Dear Mr. Hottle,

The supplemental clerk's record was filed by District court clerk on 06/09/2015.  We request a soft copy of the record be provided to us for preparing the brief.

Please let us know if we need to do anything else.

Sincerely,

/sd/ Latha Kalakonda
Hari Prasad Kalakonda
Latha Kalakonda